IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARSHA WETZEL, ) | |
| ) | |
| Plaintiff, ) | |
| *v.* ) | |
| ) | Civil Action No. 1:16-cv-07598 |
| GLEN ST. ANDREW LIVING ) | |
| COMMUNITY, LLC; GLEN ST. ANDREW ) | |
| LIVING COMMUNITY REAL ESTATE, ) | |
| LLC; GLEN HEALTH & HOME ) | |
| MANAGEMENT, INC.; ALYSSA FLAVIN; ) | |
| CAROLYN DRISCOLL; and SANDRA ) | |
| CUBAS, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION OF DISMISSAL OF GLEN ST. ANDREW
LIVING COMMUNITY REAL ESTATE, LLC WITHOUT PREJUDICE**

Plaintiff Marsha Wetzel and Defendants Glen St. Andrew Living Community, LLC, Glen St. Andrew Living Community Real Estate, LLC, Glen Health & Home Management, Inc., Alyssa Flavin; Carolyn Driscoll, and Sandra Cubas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of all of Plaintiff's claims against Defendant Glen St. Andrew Living Community Real Estate, LLC without prejudice, with each party to bear its own attorneys' fees and costs.

Date:   November 1, 2018

Respectfully submitted,

/s/ *Karen L. Loewy*                              /s/ *Lisa A. Hausten*

*Attorneys for Plaintiff Marsha Wetzel*        *Attorney for Defendants Glen St. Andrew Living Community, LLC; Glen St. Andrew Living Community Real Estate, LLC; Glen Health & Home Management, Inc.; Alyssa Flavin; Carolyn Driscoll; and Sandra Cubas*

Karen L. Loewy
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
E-mail:  kloewy@lambdalegal.org
Telephone: (212) 809-8585

Lisa A. Hausten
Clausen Miller P.C.
10 S. LaSalle St., Ste. 1600
Chicago, IL 60603
312-606-7672
lhausten@clausen.com

Kara Ingelhart
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
105 W. Adams, 26th Floor
Chicago, IL 60603-6208
Email: kingelhart@lambdalegal.org
Telephone: (312) 663-4413

John L. Litchfield
Ellen M. Wheeler
FOLEY & LARDNER, LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
312-832-4500
jlitchfield@foley.com
ewheeler@foley.com

William M. Lopez
FOLEY & LARDNER, LLP
90 Park Avenue
New York, NY 10016
wlopez@foley.com