IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARSHA WETZEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:16-cv-07598 |
| GLEN ST. ANDREW LIVING COMMUNITY, LLC; GLEN HEALTH & HOME MANAGEMENT, INC.; ALYSSA FLAVIN; CAROLYN DRISCOLL; and SANDRA CUBAS, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marsha Wetzel and Defendants Glen St. Andrew Living Community, LLC, Glen Health & Home Management, Inc., Alyssa Flavin, Carolyn Driscoll, and Sandra Cubas, through their undersigned counsel, hereby stipulate to dismissal of this matter with prejudice, the parties having reached a settlement to the mutual satisfaction of all parties, including costs and attorney's fees.

DATED: March 4, 2019.

Respectfully submitted,

| /s/ *Karen L. Loewy* | /s/ *Melinda S. Kollross* |

*Attorneys for Plaintiff Marsha Wetzel*

Karen L. Loewy
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
E-mail: kloewy@lambdalegal.org
Telephone: (212) 809-8585

Kara Ingelhart
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
105 W. Adams, 26th Floor
Chicago, IL 60603-6208
Email: kingelhart@lambdalegal.org
Telephone: (312) 663-4413

John L. Litchfield
Ellen M. Wheeler
FOLEY & LARDNER, LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
312-832-4500
jlitchfield@foley.com
ewheeler@foley.com

William M. Lopez
FOLEY & LARDNER, LLP
90 Park Avenue
New York, NY 10016
212-338-3426
wlopez@foley.com

*Attorney for Defendants Glen St. Andrew Living Community, LLC; Glen Health & Home Management, Inc.; Alyssa Flavin; Carolyn Driscoll; and Sandra Cubas*

Melinda S. Kollross
Paul V. Esposito
CLAUSEN MILLER P.C.
10 S. LaSalle St., Ste. 1600
Chicago, IL 60603
312-606-7608
mkollross@clausen.com
pesposito@clausen.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Joint Stipulation of Dismissal was made on March 4, 2019 via the Court's CM/ECF system to:

Melinda S. Kollross
Paul V. Esposito
CLAUSEN MILLER P.C.
10 S. LaSalle Street
Ste. 1600
Chicago, IL 60603
312-606-7608
mkollross@clausen.com
pesposito@clausen.com

*Attorneys for Defendants*

/s/ *Karen L. Loewy*
Karen L. Loewy
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
E-mail: kloewy@lambdalegal.org
Telephone: (212) 809-8585
*Attorney for Plaintiff Marsha Wetzel*